JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:  541-419-0074
Fax:        541-593-4452
Email:      jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMIN RAY DAVIS, ) | Case No. 1:17-CV-01018-BAM |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to May 9, 2018 for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has several other filings due at this time.

The parties further stipulate that the Court's Scheduling Order be modified accordingly

Respectfully submitted

Date: April 4, 2018

JACQUELINE A. FORSLUND
Attorney at Law
*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: April 5, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a thirty (30) day extension of time, up to and including **May 9, 2018**, to file Plaintiff's Opening Brief. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**April 6, 2018**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

**Davis v. Berryhill**          **Stipulation and Proposed Order**          E.D. Cal. 1:17-cv-01018-BAM